DAVID L. SKELTON, TRUSTEE #96250
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

FILED
2021 NOV 16 AM 10:44
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

In Re:

BRETT JOSEPH TROTTER

596 BUTTERWOOD AVE
SAN MARCOS, CA 92069

Debtor.

Chapter 13

Bankruptcy Case No. 15-08092-MM13

UNDISTRIBUTED FUNDS

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: DEBTOR FUNDS STALE DATED - FUNDS TO COURT

NAME OF PAYEE ON UNCLAIMED CHECK:

BRETT JOSEPH TROTTER
596 BUTTERWOOD AVE
SAN MARCOS, CA 92069

AMOUNT: $1,957.33

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [X]DEBTOR   [X]ATTORNEY   [ ]PAYEE

DATED: October 22, 2021

Karen Aviles  *Karen A.*
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

KERRY A DENTON ESQ #147206
333 H STREET SUITE 5000
CHULA VISTA, CA 91910-0000

#B00254