CSD 1341 [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
October 26, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Brett Joseph Trotter

Debtor.

BANKRUPTCY NO. 15-08092-MM13

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case, Docket Entry No. __57__, it is ordered that

On __10/25/2022__, an application was filed for the Claimant(s): __David B. Schmiedeberg as assignee of Brett Joseph Trotter__, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ __1,957.33__ held in unclaimed funds be made payable to __David B. Schmiedeberg as assignee of Brett Joseph Trotter__ and be disbursed to the payee at the following address: __7595 Dancy Rd; San Diego, CA 92126__.

DATED: October 25, 2022

Judge, United States Bankruptcy Court