# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 10/26/2022
Case: 15–08092–MM13     Form ID: pdfO1     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     David L. Skelton
aty     Kerry A. Denton     kerry@dentonlawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Brett Joseph Trotter     596 Butterwood Ave     San Marcos, CA 92069

TOTAL: 1