CSD 1341 [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
October 26, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Brett Joseph Trotter

Debtor.

BANKRUPTCY NO. 15-08092-MM13

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case,

Docket Entry No.  57 , it is ordered that

On 10/25/2022, an application was filed for the Claimant(s): David B. Schmiedeberg as assignee of Brett Joseph Trotter, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1,957.33  held in unclaimed funds be made payable to David B. Schmiedeberg as assignee of Brett Joseph Trotter and be disbursed to the payee at the following address: 7595 Dancy Rd; San Diego, CA 92126.

DATED: October 25, 2022

Judge, United States Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:  Case No. 15-08092-MM
Brett Joseph Trotter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 1
Date Rcvd: Oct 26, 2022      Form ID: pdfO1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brett Joseph Trotter, 596 Butterwood Ave, San Marcos, CA 92069-3341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Skelton | admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com |
| Kerry A. Denton | on behalf of Debtor Brett Joseph Trotter kerry@dentonlawgroup.com andrea@dentonlawgroup.com;kdentonlaw@gmail.com;kadecf@gmail.com;dentonkr43277@notify.bestcase.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3